**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 30 EAL 2018
                        :
                Respondent      :
                        :   Petition for Allowance of Appeal from
                        :   the Order of the Superior Court
             v.                 :
                        :
                        :
DONTE GEORGE,                :
                        :
               Petitioner       :

## ORDER

**PER CURIAM**

     **AND NOW**, this 2nd day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.